EXHIBIT 1 - Page 1 of 1

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 3,211,244

Registered Feb. 20, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# PMachine

PMACHINE, INC. (OREGON CORPORATION)
86 SW CENTURY #373
BEND, OR 97702

FOR: COMPUTER SOFTWARE FOR CREATING AND MANAGING WEB-BASED CONTENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-2001; IN COMMERCE 1-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-870,474, FILED 4-26-2006.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,211,246
Registered Feb. 20, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# ExpressionEngine

PMACHINE, INC. (OREGON CORPORATION)
86 SW CENTURY #373
BEND, OR 97702

FOR: COMPUTER SOFTWARE FOR CREATING AND MANAGING WEB-BASED CONTENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-2003; IN COMMERCE 1-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-870,522, FILED 4-26-2006.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY