Jeffrey A. Bowersox, OSB #81442
BOWERSOX LAW FIRM, P.C.
5285 Meadows Rd., Suite 320
Lake Oswego, OR 97035
PH: (503) 452-5858
Fax: (503) 345-6893
Jeffrey@bowersoxlaw.com

Christopher K. Sandberg, Reg. No. 95485
*Pro Hac Vice Admission to be submitted*
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
PH: (612) 339-6600
Fax: (612) 339-0981
Email: cksandberg@locklaw.com
     Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| ELLISLAB, INC., an Oregon corporation,<br>    Plaintiff, | CV No.: 3:12-cv-00432-HU |
| GIPPY'S INTERNET SOLUTIONS, L.L.C.,<br>    a Minnesota limited liability company,<br>    Defendant. | **MOTION TO DISMISS AMENDED COMPLAINT OR IN THE ALTERNATIVE <u>TO TRANSFER</u>**<br>**Request for Oral Argument** |

     Pursuant to LR 7-1, counsel for defendant certifies that he has made a good faith effort through telephone conference to resolve the dispute and the parties have been unable to do so.

Page 1 – MOTION TO DISMISS AMENDED COMPLAINT OR IN THE ALTERNATIVE TO TRANSFER

Defendant Gippy's Internet Solutions, LLC ("Gippy's"), and pursuant to Federal Rules of Civil Procedure 12(b), moves to dismiss or in the alternative to transfer the above-captioned case on the grounds that: (a) this Court does not have personal jurisdiction over Gippy's, and (b) the claims stated therein should be referred to the District of Minnesota for the convenience of the parties and witnesses.

WHEREFORE, for the reasons stated herein and more fully in Gippy's accompanying Memorandum of Law, Defendant requests that this Court dismiss the above-captioned case, or alternatively, transfer this case to the District of Minnesota.

Dated: May 2, 2012

                Respectfully submitted,

By:   /s/ Jeffrey A. Bowersox
      Jeffrey A. Bowersox, OSB #81442
      BOWERSOX LAW FIRM, P.C.
      5285 Meadows Rd., Suite 320
      Lake Oswego, OR 97035
      PH:  (503) 452-5858
      Fax: (503) 345-6893
      Email: Jeffrey@bowersoxlaw.com

      Christopher K. Sandberg, Reg. MN No. 95485
      *Pro Hac Vice Admission to be submitted*
      100 Washington Avenue South
      Suite 2200
      Minneapolis, MN 55401
      PH: (612) 339-6600
      Fax: (612) 339-0981
      Email: cksandberg@locklaw.com

      ATTORNEYS FOR DEFENDANT
      GIPPY'S INTERNET SOLUTIONS, LLC