**Matthew A. Levin, OSB #003054**
MattLevin@MHGM.com
**Stacy R. Owen, OSB #074826**
StacyOwen@MHGM.com
MARKOWITZ, HERBOLD, GLADE
 & MEHLHAF, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3730
Tel:  (503) 295-3085
Fax:  (503) 323-9105

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ELLISLAB, INC.**, an Oregon corporation, | No.: 3:12-cv-00432-HU |
| Plaintiff, | |
| vs. | **Plaintiff's**<br>**CORPORATE DISCLOSURE**<br>**STATEMENT** |
| **GIPPY'S INTERNET SOLUTIONS,**<br>**L.L.C.**, a Minnesota limited liability company, | **Pursuant to Fed. R. Civ. P. 7.1**<br>**and L.R. 7.1** |
| Defendant. | |

    Pursuant to Federal Rules of Civil Procedure 7.1, plaintiff EllisLab, Inc. makes the following corporate disclosure and certifies as follows:

Page 1 -   Plaintiff's CORPORATE DISCLOSURE STATEMENT

Plaintiff EllisLab, Inc. has no parent corporation nor is there any publicly held corporation owning 10 percent or more of EllisLab, Inc.'s stock.

DATED this 1st day of June, 2012.

        MARKOWITZ, HERBOLD, GLADE
          & MEHLHAF, P.C.

By: */s/ Matthew A. Levin*
    Matthew A. Levin, OSB #003054
    MattLevin@MHGM.com
    Stacy R. Owen, OSB #074826
    StacyOwen@MHGM.com
    (503) 295-3085
    Of Attorneys for Plaintiff

ELLIGI\299975

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2012, I have made service of the foregoing **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** on the party/ies listed below in the manner indicated:

| | |
|---|---|
| Christopher K. Sandberg<br>Lockridge Grindal Nauen P.L.L.P.<br>Suite 2200<br>100 Washington Avenue South<br>Minneapolis, MN 55401-2159 | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronically via USDC CM/ECF system |
| Jeffrey A. Bowersox<br>Bowersox Law Firm, P.C.<br>5285 SW Meadows Road<br>Lake Oswego, OR 97035<br><br>*Attorneys for Defendant* | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Courier<br>☐ Email<br>☒ Electronically via USDC CM/ECF system |

DATED this 1st day of June, 2012.

*/s/ Matthew A. Levin*
Matthew A. Levin, OSB #003054
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**