Jeffrey A. Bowersox, OSB #81442
BOWERSOX LAW FIRM, P.C.
5285 Meadows Rd., Suite 320
Lake Oswego, OR 97035
PH: (503) 452-5858
Fax: (503) 345-6893
Jeffrey@bowersoxlaw.com

Christopher K. Sandberg, MN Reg. No. 95485
*Admitted Pro Hac Vice*
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
PH: (612) 339-6600
Fax: (612) 339-0981
Email: cksandberg@locklaw.com
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| ELLISLAB, INC., an Oregon corporation,<br>　　Plaintiff,<br>v.<br><br>GIPPY'S INTERNET SOLUTIONS, L.L.C.,<br>　　a Minnesota limited liability company,<br>　　Defendant. | CV No.: 3:12-cv-00432-HU<br><br>**DEFENDANT'S RULE 7.1**<br>**<u>DISCLOSURE STATEMENT</u>** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Gippy's Internet Solutions, L.L.C. ("Gippy's") makes the following disclosures:

1. Gippy's is not a publicly held corporation or other publicly held entity.

2. Gippy's does not have any parent corporations.

3. No publicly held corporation or other publicly held entity holds a 10% or greater ownership interest in Gippy's.

Page 1 –DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

4. No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of the above-captioned litigation.

DATED: July 5, 2012.

        Respectfully submitted,

        Jeffrey A. Bowersox, OSB #81442
        BOWERSOX LAW FIRM, P.C.
        5285 Meadows Rd., Suite 320
        Lake Oswego, OR 97035
        PH: (503) 452-5858
        Fax: (503) 345-6893
        Email: Jeffrey@bowersoxlaw.com

By: /s/ Christopher K. Sandberg
Christopher K. Sandberg, Reg. MN No. 95485
Admitted *Pro Hac Vice*
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
PH: (612) 339-6600
Fax: (612) 339-0981
Email: cksandberg@locklaw.com
ATTORNEYS FOR DEFENDANT
GIPPY'S INTERNET SOLUTIONS, LLC

Page 2 –DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT